```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 13378
   MARIA ELENA BENAVENTE
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-5146


---------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 05/27/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 10/19/2008.
---------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
---------------------------------------------------------------------
MEDICAL CENTER ORTHOPEDI   UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED         5077.38           .00            .00
CHASE  BANK USA NA         UNSECURED         3460.95           .00            .00
CHASE  BANK USA NA         UNSECURED         2796.03           .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED         4595.83           .00            .00
LVNV FUNDING LLC           UNSECURED        13997.51           .00            .00
TRANSWORLD SYSTEMS INC     UNSECURED       NOT FILED           .00            .00
SINAI PHYSICAN GRP         UNSECURED       NOT FILED           .00            .00
MAGDALENO GONZALEZ         NOTICE ONLY     NOT FILED           .00            .00
MAGDALENO GONZALEZ         NOTICE ONLY     NOT FILED           .00            .00
CITIGROUP GLOBAL MARKETS   CURRENT MORTG         .00           .00            .00
ARCHER NATIONAL BANK       CURRENT MORTG         .00           .00            .00
ARCHER NATIONAL BANK       CURRENT MORTG         .00           .00            .00
CITIGROUP GLOBAL MARKETS   MORTGAGE ARRE    12975.13           .00            .00
ARCHER NATIONAL BANK       MORTGAGE ARRE        .00           .00            .00
TENANT                     NOTICE ONLY     NOT FILED           .00            .00
TENANT                     NOTICE ONLY     NOT FILED           .00            .00
CINDY HUANG                DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------         --------------
TOTALS                        .00                     .00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 13378 MARIA ELENA BENAVENTE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE